IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| OREGON NATURAL DESERT ASS'N, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Civil No.  03-213-KI |
| vs. | ) ) | TEMPORARY RESTRAINING ORDER |
| UNITED STATES FOREST SERV., et al., | ) ) | |
| Defendants. | ) ) | |
| and | ) ) | |
| OREGON CATTLEMEN'S ASS'N, et al, | ) ) | |
| Intervenor-Defendants. | ) ) | |

Peter Macnamara Lacy
Oregon Natural Desert Association
917 S. W. Oak Street, Suite 408
Portland, Oregon  97205

Page 1 - TEMPORARY RESTRAINING ORDER

Stephanie M. Parent
Pacific Environmental Advocacy Center
10015 S. W. Terwilliger Boulevard
Portland, Oregon  97219

    Attorneys for Plaintiffs

Stephen J. Odell
U. S. Attorney's Office
1000 S. W. Third Avenue, Suite 600
Portland, Oregon  97204

Val J. McLam Black
Office of General Counsel, USDA
1734 Federal Building
1220 S. W. Third Avenue
Portland, Oregon  97204

    Attorneys for Defendants

Paul A. Turcke
Moore Smith Buxton & Turcke, Chartered
225 North 9th Street, Suite 420
Boise, ID  83702

Elizabeth E. Howard
Churchill Leonard Lodine & Hendrie, LLP
605 Center Street, N. E.
Salem, Oregon  97308

Karen J. Budd-Falen
Richard M. AuBuchon
Budd-Falen Law Offices, P. C.
300 East 18th Street
Cheyenne, WY  82003

    Attorneys for Intervenor-Defendants

PAGE 2 - TEMPORARY RESTRAINING ORDER

KING, Judge:

All livestock grazing is temporarily enjoined on all Bluebucket, Dollar Basin/Star Glade, Spring Creek, Flag Prairie, and North Fork allotment pastures or units adjacent to and not separately fenced from the Malheur Wild and Scenic River and the North Fork Malheur Scenic River from June 1, 2004, to and including June 10, 2004, with the following exception:

Pursuant to compliance with the applicable term permits and annual operating plans/instructions issued by the Forest Service, livestock shall be allowed to be placed on those units or pastures within the Spring Creek allotment that are not separately fenced from the North Fork Malheur Scenic River prior to June 10, 2004. However, despite placing livestock on these units, no livestock shall at any time between June 1, 2004, and June 10, 2004, graze on or trail across any wild and scenic river corridor on any allotment included in this injunction.

DATED this  3rd  day of June, 2004.

       /s/ Garr M. King
       GARR M. KING
       United States District Court Judge