IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| OREGON NATURAL DESERT ASS'N et al., | Case No. 03-CV-213-KI |
| Plaintiffs, | |
| v. | |
| UNITED STATES FOREST SERV. et al., | [Proposed] ORDER GRANTING STIPULATION RESOLVING MOTION FOR PRELIMINARY INJUNCTION AS TO ROBERTSON RANCH |
| Defendants, | |
| and | |
| ROBERTSON RANCH et al., | |
| Intervenor-Defendants, | |
| and | |
| OREGON CATTLEMEN'S ASS'N, | |
| Intervenor-Defendants. | |

The Court has been presented with a Stipulation Resolving Motion for Preliminary Injunction as Applied to Robertson Ranch, signed by counsel for Plaintiffs, Defendants, and Defendant-Intervenor Robertson Ranch, J.W. and Carol Robertson and Patrick and Lauri Joyce. Having carefully reviewed the Stipulation, and for the reasons stated therein and good cause appearing therefore, the Stipulation Resolving Motion for Preliminary Injunction is approved and the terms of the same are hereby adopted as an Order of this Court. Plaintiffs' motion for preliminary injunction is withdrawn without prejudice and dismissed with regard to livestock grazing by Defendant-Intervenor Robertson Ranch. Counsel for Robertson Ranch are excused from submitting further opposition to Plaintiffs' motion for preliminary injunction and are excused from attendance at argument on the motion presently scheduled for May 25, 2004, at

8:30 a.m.

IT IS SO ORDERED.

Dated this ___/s/ June___ day of ~~May~~, 2004.

_____
GARR M. KING
U.S. District Court Judge